CO-386-online
10/03

# United States District Court
# For the District of Columbia

Abebech F. Bekure, et al., )
)
)
)
          vs         Plaintiff )   Civil Action No. _____
)
American Security Insurance Co., )
et al., )
)
          Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Defendants__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Defendants__ which have any outstanding securities in the hands of the public:

Assurant, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

__393428__
BAR IDENTIFICATION NO.

Julie Quagliano
Print Name

2620 P Street, NW
Address

Washington, DC          20007
City         State      Zip Code

571-434-7592
Phone Number