# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ABEBECH F. BEKURE,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-2045 (ESH)** |
| | ) | |
| **AMERICAN SECURITY INSURANCE** | ) | |
| **COMPANY,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>ORDER</u>

While proof of service of process in this case was accomplished on October 22, 2007, plaintiffs have done nothing further to prosecute this case. Accordingly, it is this 5th day of December, 2007, hereby

**ORDERED** that by no later than December 28, 2007, plaintiffs shall cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default has not been filed. If plaintiffs fail to do this, the complaint will be dismissed for want of prosecution.


_____
/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: December 5, 2007