**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | | |
|---|---|---|
| **ABEBECH F. BEKURE,** *et al.,* | * | |
| **Plaintiffs,** | * | |
| | | **C.A. No.  07-2045 (ESH)** |
| **v.** | * | |
| **AMERICAN SECURITY INSURANCE** | * | |
| **COMPANY,** *et al.,* | | |
| | * | |
| **Defendants.** | | |

**MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS'
TO FILE THEIR ANSWER OR OTHER RESPONSIVE PLEADINGS WHILE
THE PARTIES CONSUMMATE THEIR SETTLEMENT**

Defendants American Security Insurance Company ("ASIC") and Assurant, Inc.

("Assurant"), collectively referred to as "Defendants," by counsel, Quagliano & Seeger,

P.C., submit this motion for an extension of time to file their answer or other responsive

pleadings and as grounds therefore, state as follows:

1.     The parties reached a settlement last month and have drafted the

Settlement Agreement which resolves this matter and provides for the dismissal of this

action with prejudice.

2.     An issue has arisen with regard to the settlement, and the parties are

attempting to work out the issue.

3.     During settlement discussions, Defendants' counsel requested an

extension of time for Defendants to file their answer and other responsive pleadings

based upon the settlement, and Plaintiffs' counsel agreed ***not*** to move for default.

4.      Based upon the Court's order dated December 5, 2007, Defendants

formally request an extension of time to file their answer or other responsive pleadings to

and including December 28, 2007.

5.      This should give the parties sufficient time to consummate the settlement

and dismiss this action.

6.      In the event that the parties are unable to resolve the issue regarding

settlement by that date, Defendants will file their answer or other responsive pleadings by

December 28, 2007 or, alternatively, move to enforce the settlement.

**WHEREFORE**, Defendants American Security Insurance Company and

Assurant, Inc., respectfully request that this Honorable Court enter an order granting

Defendants an extension to time to file their answer or other responsive pleadings, to and

including December 28, 2007 or, alternatively, move to enforce the settlement.

Respectfully submitted,

QUAGLIANO & SEEGER, P.C.

_____/s/ Julie Quagliano_____
Julie Quagliano, DC Bar #393428
21355 Ridgetop Circle, Suite 110
Dulles, Virginia  20166
Phone: (571) 434-7590
Direct: (571) 434-7592
Fax: (571) 434-9006
E-mail: quagliano@quagseeg.com

Counsel for Defendants American Security
Insurance Company and Assurant, Inc.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 6, 2007, a copy of the foregoing will be
electronically filed through the Court CM/ECF system which will then send a notification
of such filing (NEF) to the following:

Mark R. Raddatz, Esq.
Raddatz Law Firm, PLLC
1627 Connecticut Avenue, NW
Suite 6, Third Floor
Washington, DC  20009

**Counsel for Plaintiffs**


_____/s/ Julie Quagliano_____
Julie Quagliano

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | |
|---|---|
| **ABEBECH F. BEKURE,** *et al.,* | * |
| **Plaintiffs,** | * |
| | **C.A. No.  07-2045 (ESH)** |
| **v.** | * |
| **AMERICAN SECURITY INSURANCE COMPANY,** *et al.,* | * |
| | * |
| **Defendants.** | |

**ORDER GRANTING TIME EXTENSION FOR
DEFENDANTS' ANSWER OR OTHER RESPONSIVE PLEADINGS
<u>WHILE THE PARTIES CONSUMMATE THEIR SETTLEMENT</u>**

THIS MATTER IS BEFORE THE COURT, on Defendants' motion for an

extension of time to file their answer or other responsive pleadings; and it appearing to

the Court that there is good cause shown for the relief requested; it is this _____ day of

December, 2007

ORDERED, that Defendants' motion be and hereby is GRANTED; and it is

further

ORDERED, that Defendants shall have an extension to time to file their answer or

other responsive pleadings, to and including December 28, 2007 or, alternatively, move

to enforce the settlement.

_____
Judge, U. S. District Court

Copies to:

Julie Quagliano, Esq.
Quagliano & Seeger, PC
21355 Ridgetop Circle, Suite 110
Dulles, Virginia  20166

Mark R. Raddatz, Esq.
Raddatz Law Firm, PLLC
1627 Connecticut Avenue, NW
Suite 6, Third Floor
Washington, DC  20009