IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **ABEBECH F. BEKURE,** *et al.*, | * | |
| **Plaintiffs,** | * | |
| v. | | C.A. No. 07-2045 (ESH) |
| | * | |
| **AMERICAN SECURITY INSURANCE COMPANY,** *et al.*, | * | |
| **Defendants.** | * | |

### CONSENT MOTION FOR A FURTHER EXTENSION OF TIME FOR DEFENDANTS' TO FILE THEIR ANSWER OR OTHER RESPONSIVE PLEADINGS BASED UPON THE PARTIES' SETTLEMENT

Defendants American Security Insurance Company ("ASIC") and Assurant, Inc. ("Assurant"), collectively referred to as "Defendants," by counsel, Quagliano & Seeger, P.C., with the consent of Plaintiffs' counsel, submit this motion for a further extension of time to file their answer or other responsive pleadings. The parties have reached a settlement and executed the Settlement and Release Agreement. Defendants expect that the parties will be in a position to file the Dismissal Order With Prejudice within the next month. Plaintiffs' counsel is currently out of the office for the holidays.

Dated: December 28, 2007            Respectfully submitted,

QUAGLIANO & SEEGER, P.C.

_____/s/ Julie Quagliano_____
Julie Quagliano, DC Bar #393428
21355 Ridgetop Circle, Suite 110
Dulles, Virginia 20166
Phone: (571) 434-7590
Direct: (571) 434-7592
Fax: (571) 434-9006
E-mail: quagliano@quagseeg.com

                                                    Counsel for Defendants American Security
                                                    Insurance Company and Assurant, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2007, a copy of the foregoing will be electronically filed through the Court CM/ECF system which will then send a notification of such filing (NEF) to the following:

                Mark R. Raddatz, Esq.
                Raddatz Law Firm, PLLC
                1627 Connecticut Avenue, NW
                Suite 6, Third Floor
                Washington, DC  20009

                **Counsel for Plaintiffs**

                                                    _____/s/ Julie Quagliano_____
                                                      Julie Quagliano

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **ABEBECH F. BEKURE,** *et al.,* | * |
| **Plaintiffs,** | * |
| | C.A. No. 07-2045 (ESH) |
| v. | * |
| **AMERICAN SECURITY INSURANCE COMPANY,** *et al.,* | * |
| | * |
| **Defendants.** | |

**ORDER GRANTING TIME EXTENSION FOR
DEFENDANTS' ANSWER OR OTHER RESPONSIVE PLEADINGS
BASED UPON THE PARTIES' SETTLEMENT**

THIS MATTER IS BEFORE THE COURT, on Defendants' consent motion for a further extension of time to file their answer or other responsive pleadings based upon the parties' settlement; and it appearing to the Court that there is good cause shown for the relief requested; it is this _____ day of December, 2007

ORDERED, that Defendants' motion be and hereby is GRANTED; and it is further

ORDERED, that Defendants shall have an extension of time to file their answer or other responsive pleadings or, alternatively, to file the dismissal order, to and including January 31, 2008.

_____
Judge, U. S. District Court

Copies to:

Julie Quagliano, Esq.
Quagliano & Seeger, PC
21355 Ridgetop Circle, Suite 110
Dulles, Virginia  20166

Mark R. Raddatz, Esq.
Raddatz Law Firm, PLLC
1627 Connecticut Avenue, NW
Suite 6, Third Floor
Washington, DC  20009

Case 1:07-cv-02045-ESH    Document 6-2    Filed 12/28/2007    Page 2 of 2