IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **ABEBECH F. BEKURE,** *et al.,* | * |
| **Plaintiffs,** | * |
| | Civil Action No. 07-2045 |
| v. | *                        (ESH) |
| **AMERICAN SECURITY INSURANCE COMPANY,** *et al.,* | * |
| | * |
| **Defendants.** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by counsel, hereby stipulate and agree, as indicated by the signature of counsel hereto, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action, and all claims and counterclaims, be and hereby are dismissed, with prejudice, each party to bear its own costs and fees, the parties having settled and resolved their dispute.

Electronically Signed and Respectfully submitted,

| | |
|---|---|
| _____ | _____/s/ Julie Quagliano_____ |
| Mark R. Raddatz, Esq. | Julie Quagliano, DC Bar #393428 |
| Raddatz Law Firm, PLLC | Quagliano & Seeger, P.C. |
| 1627 Connecticut Avenue, NW | Lakeside at Loudoun Tech Ctr, III |
| Suite 6, Third Floor | 21355 Ridgetop Circle, Suite 110 |
| Washington, DC  20009 | Dulles, Virginia 20166 |
| Phone: 202-466-8001 | Phone:  (571) 434-7590 |
| Fax: 202-332-6700 | Fax:  (571) 434-9006 |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |